UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DISMUKE,<br><br>               Plaintiff,<br><br>    v.<br><br>G. LUNA, et al.,<br><br>               Defendants. | No.  1:24-cv-00248-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE AND FAILURE TO FOLLOW COURT ORDER<br><br><br>(Doc. 11) |

Plaintiff Melvin Dismuke is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed this action on February 28, 2024.  Doc. 1.  The assigned magistrate judge issued a screening order on June 25, 2024, finding that plaintiff failed to state any cognizable claim.  Doc. 9.  The magistrate judge ordered plaintiff to, within thirty days, either (1) file a first amended complaint or (2) file a notice indicating he would stand on his complaint.  *Id.*  at 7.  Plaintiff was warned that the failure to comply with the court's order "may result in the dismissal of this action."  *Id.*  Plaintiff has not filed an amended complaint, notified the court that he wishes to stand on his original complaint, or otherwise communicated with the court.  *See* docket.

On August 13, 2024, the magistrate judge issued findings and recommendations recommending dismissal of this action for failure to prosecute and failure to comply with the

1

court's orders. Doc. 11. The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within thirty days after service. *Id.* at 4. Plaintiff has not filed objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this court conducted a de novo review of this case. Having reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 13, 2024, Doc. 11, are ADOPTED in full;
2. This action is DISMISSED, without prejudice, for plaintiff's failure to prosecute and failure to follow a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 10, 2024

UNITED STATES DISTRICT JUDGE